No. 764. The Ponce Lighter Company v. El Municipio
de Ponce et al.—Apelación procedente de la Corte de Distrito
de Ponce. Resuelto en mayo 24, 1912. Revocada la sentencia
apelada. El Juez Asociado Sr. Wolf emitió la opinión del

Tribunal. Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, del Toro y Aldrey. Abogado del apelante: *Sr. Nemesio R. Canales.* Abogado del apelado: *Sr. José A. Poventud.* En este caso se ha presentado una petición de reconsideración y se ha celebrado nueva vista, y la opinión emitida en mayo 24, 1912 se publicará junta con la opinión que emitirá el tribunal en su día con motivo de la petición de reconsideración.